Michael J. McQuaid (Bar No. 95871)
Jennifer C. Johnson (Bar No. 217507)
CARR, McCLELLAN, INGERSOLL,
THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685
mmcquaid@carr-mcclellan.com

Attorneys for Creditors
Bank of America, N.A., Dorothy R.
Wurlitzer and Lindsay P. Wurlitzer as
Co-Trustees of the Raymond B.
Wurlitzer Revocable Inter Vivos Trust
dated January 29, 1981

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES JOHN KENNEDY,<br><br>    Debtor. | Chapter 13<br><br>Case No. 11-49863 EDJ 13<br><br>STIPULATION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY |

James John Kennedy, Debtor ("Debtor"), and Bank of America, N.A., Dorothy R. Wurlitzer, and Lindsay P. Wurlitzer, as Co-Trustees of the Raimund B. Wurlitzer Revocable Inter Vivos Trust, dated January 29, 1981, as amended (collectively, the "Trust"), by and through their attorneys of record, hereby stipulate as follows:

### RECITALS

A. Debtor filed his Chapter 13 bankruptcy case on September 13, 2011.

B. Prior to the filing of Debtor's bankruptcy case the Trust filed an action in the Superior Court, County of San Mateo, Case Number CLJ 204490 for unlawful detainer against Debtor, Louis Alois Toth, Jr. ("Toth") and Home Haven, LLC ("Home Haven") relating to the premises located at 1444 Burlingame Avenue, Burlingame, California (the "Action").

C. A default judgment was entered by the clerk of the Superior Court against Debtor, Toth and Home Haven in the Action on September 13, 2011 (the "Default Judgment").

D. It is unclear whether the entry of the Default Judgment was made before or after the filing of the Debtor's bankruptcy case.

E. In order to avoid litigation over the timing of the entry of the Default Judgment, the Trust is willing to request that the Superior Court vacate the Default Judgment entered against the Debtor only (and not Toth or Home Haven) and the Debtor is willing to stipulate to limited relief from the automatic stay solely to permit the Trust to do so.

## STIPULATION

Based upon the above recitals the parties hereby stipulate that the automatic stay set forth under Bankruptcy Code Section 362 be terminated for the limited purpose to permit the Trust to take such actions in the Action to request that the Superior Court vacate the Default Judgment as it relates to the Debtor only (and not as it relates to Toth or Home Haven).

Dated: October 7, 2011

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: /s/ Jennifer C. Johnson
Jennifer C. Johnson
Attorneys for Creditors,
Bank of America, N.A., Dorothy R. Wurlitzer and Lindsay P. Wurlitzer as Co-Trustees of the Raimund B. Wurlitzer Revocable Inter Vivos Trust dated January 29, 1981

Dated: October 6, 2011

AS AMENDED

LAW OFFICES OF PATRICK L. FORTE

By: /s/
Anne Shiau
Attorneys for Debtor
JAMES JOHN KENNEDY

LAW OFFICES OF PATRICK L FORTE

20013-06196\Manago\3905157.1 - 2 - STIPULATION

Case: 11-49863   Doc# 16   Filed: 10/10/11   Entered: 10/10/11 14:27:05   Page 2 of 2